DANIEL DONOVAN
Attorney at Law
P.O. Box 6573
Great Falls, MT 59406
dan@danieldonovanlaw.com
Telephone: (406) 868-3753

JASON T. HOLDEN
Faure Holden Attorneys at Law, PC
P.O. Box 2466
Great Falls, MT 59403
jholden@faureholden.com
Telephone: (406) 452-6500

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 13-67-GF-BMM |
| Plaintiff, | |
| -vs- | **DEFENDANT'S SENTENCING LETTERS** |
| THOMAS ANDREW QUINTON, | |
| Defendant. | |

THOMAS ANDREW QUINTON, the above-named Defendant, by and through his counsel of record, DANIEL DONOVAN and JASON T. HOLDEN, hereby submits to the Court, for the Court's consideration at sentencing, the attached letters

from the following individuals:

1. Exhibit "A" - Bernard L. Orr;

2. Exhibit "B" - Chad Nickle;

3. Exhibit "C" - Kelly Jensen;

4. Exhibit "D" - Jack Salmon;

5. Exhibit "E" - Suzanne Robson;

6. Exhibit "F" - Jim Steed.

7. Exhibit "G" - Dennis W. Jensen;

8. Exhibit "H" - Roxanne Forsyth;

9. Exhibit "I" - Stephen Vere; and

10. Exhibit "J" - Crystal Quinton.

DATED this 29th day of January 2014.

THOMAS ANDREW QUINTON

By   /s/ Daniel Donovan & Jason T. Holden
      DANIEL DONOVAN & JASON T. HOLDEN
      *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2014, a copy of the foregoing document was served on the following persons by the following means:

__1, 2___ CM-ECF

__4_____ Hand Delivery

_____ Mail

_____ Overnight Delivery Service

_____ Fax

__3_____ E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. MICHAEL S. LAHR
   Assistant U.S. Attorney
   michael.lahr@usdoj.gov
   *Counsel for Plaintiff*

3. ANDREA L. HEDGES
   United States Probation Officer
   andrea_hedges@mtp.uscourts.gov

3. THOMAS ANDREW QUINTON
   c/o Daniel Donovan & Jason T. Holden
   *Defendant*

                                             /s/ Jason T. Holden
                                             JASON T. HOLDEN
                                             *Co-Counsel for Defendant*